```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 08913
   MICHAEL A HENDRIX
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
 SSN XXX-XX-7728

-------------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 04/11/2008 and was not confirmed.

    The case was dismissed without confirmation 06/09/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
-------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  NOTICE ONLY    NOT FILED          .00            .00
ROGERS ENTERPRISES        SECURED NOT I   8466.57           .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED        592.81           .00            .00
AMERICAS SERVICING COMPA  CURRENT MORTG      .00            .00            .00
AMERICAS SERVICING COMPA  SECURED NOT I  54468.90           .00            .00
AMERICAS SERVICING COMPA  NOTICE ONLY    NOT FILED          .00            .00
DOLLIE I WARREN REED      DEBTOR ATTY        .00                           .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00


       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        --------------       --------------
TOTALS                         .00                    .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 09/24/08      _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```